Submitted September 10, 1973. *Richard Albert* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The conviction on all bills is affirmed. The case is remanded to the court below for resentence on bill No. 1654, carrying a concealed deadly weapon. See 18 P.S. §4416.

Commonwealth *v.* Covington, Appellant.

Argued September 10, 1973. *Patrick Mandracchia,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Covington, Appellant.